UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TROY WALKER and JOAN WALKER,
his wife, TROY WALKER and JOAN
WALKER as the natural parents of minor
child T.W., and TROY WALKER as the
natural parent of minor child M.D.,

CASE NO. 6:13-cv-01546-RBD-GJK

Plaintiff,

v.

YAMAHA MOTOR CO., LTD.,
YAMAHA MOTOR CORPORATION,
USA, ED TUCKER DISTRIBUTOR,
INC.; MHR HELMETS/JIANGMEN
PENGCHENG HELMETS LIMITED,

Defendants.
_____/

PETITION FOR APPROVAL OF MINOR SETTLEMENT

Plaintiffs, TROY WALKER and JOAN WALKER, his wife, TROY WALKER and JOAN WALKER as the natural parents of minor child T.W., and TROY WALKER as the natural parent of MAKIA DAVIS[1], , by and through the undersigned counsel, hereby file this Petition for Approval of Minor Settlement and authorizing execution of the settlement and disbursement of the funds and in support thereof alleges:

1. Plaintiffs, TROY WALKER and JOAN WALKER, are the natural parents of minor child, T.W., and the natural guardians of the property of the minor child, T.W., per Florida law. Section 744.301, Fla.Stat.

---

[1] Makia Davis became an adult during pendency of this lawsuit.

2. Plaintiffs, TROY WALKER and JOAN WALKER, seek Court approval of the minor settlement pursuant to Sections 744.301, 744.3025, 744.387(1), and 744.441 (11), Fla.Stat. Plaintiffs are bound by the statutory requirements applicable to the Court-appointed Guardian of the Property of the minor child in protecting the minor property.

3. Plaintiffs, TROY WALKER and JOAN WALKER, and TROY WALKER as the natural parent of MAKIA DAVIS, are represented by the undersigned in the settlement of personal injury claims on behalf of themselves, individually, for their respective claims. Plaintiffs, TROY WALKER and JOAN WALKER, are also represented by the undersigned for the purpose of pursuit and recovery of a personal injury claims as natural and guardians of the property for the minor child, T.W. Plaintiffs, TROY WALKER and JOAN WALKER, requested that the undersigned, <u>Sean F. Bogle, Esq.</u>, an attorney familiar with personal injury claims, guardianship and minor settlements, represent them as natural guardians for the purpose of recovering on the personal injury claim and approving the minor settlement.

4. Pursuant to Sections 744.301 and 744.387, Fla.Stat., the Court may authorize the settlement of claims and enter an Order authorizing the settlement if satisfied that the settlement will be for the best interest of the Minor Child.

5. The nature of the personal injury cause of action results from an incident occurring involving the Defendants referenced herein. The minor child suffered an injury resulting from the negligent acts and/or omissions of the Defendants in the form of loss of consortium, support, services because of the catastrophic injuries to TROY WALKER.

6. The parties, having participated in settlement negotiations have agreed to a settlement amount through mediation. The Defendant, ED TUCKER DISTRIBUTOR, INC., MHR HELMETS a/k/a JIANGMEN PENGCHENG HELMETS LIMITED, LEXINGTON INSURANCE COMPANY, by and through their insurance carrier, and the Plaintiffs, TROY WALKER and JOAN WALKER, individually, and on behalf of their

minor child, T.W., and TROY WALKER as the natural parent of MAKIA DAVIS, have agreed to a settlement amount per the Closing Statement for Court for approval. The Closing Statement and the General Release of All Claims will be provided to the Court for *in camera* inspection.

Plaintiffs, TROY WALKER and JOAN WALKER and MAKIA DAVIS, individually, have participated in the lawsuit, have separate claims, and will be paid the net proceeds from the proposed settlement. Plaintiffs, TROY WALKER and JOAN WALKER, as natural guardian of T.W., have participated in the lawsuit and settlement negotiations and consent to the contemplated settlement on T.W.'s behalf. Because of the catastrophic nature of the primary loss and damages to TROY WALKER, the proposed gross proceeds to T.W. will be placed in a restricted or other custodial account per the Court's Order.

Plaintiffs, TROY WALKER and JOAN WALKER, as natural guardians of T.W., respectfully request that this Honorable Court approve the acceptance of the settlement offer from the Defendant, ED TUCKER DISTRIBUTOR, INC., MHR HELMETS a/k/a JIANGMEN PENGCHENG HELMETS LIMITED, LEXINGTON INSURANCE COMPANY, by and through their insurance carrier, as outlined herein as full and final settlement of the claims on behalf of the minor child, T.W., in this matter and grant the authority to execute any and all documents required to consummate such agreement, settlement and release on behalf of the minor child, T.W.

Dated this 9th day of DEC. 2015.

| /s/ Larry E. Coben, Esq. | /s/ Sean F. Bogle, Esq. |
|---|---|
| Larry E. Coben [Admitted *Pro Hac Vice*] | Sean F. Bogle, Esq. |
| Jo Ann Niemi [Admitted *Pro Hac Vice*] | Florida Bat Number: 0106313 |
| ANAPOL WEISS | BOGLE LAW FIRM |
| 8700 E. Vista Bonita Drive, Suite 268 | 101 South New York Avenue, Suite 205 |
| Scottsdale, Arizona 85255 | Winter Park, Florida 32789 |
| Phone: 480-515-4745 | Phone: 407-834-3311 |
| Facsimile: 480-515-4744 | Facsimile: 407-834-3302 |
| lcoben@anapolweiss.com | sean@boglelawfirm.com |

| jniemi@anapolweiss.com<br>me@anapolweiss.com<br>*Attorney for Plaintiffs* | jodi@boglelawfirm.com<br>*Attorney for Plaintiffs* |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| Frank D. Hosley, Esq.<br>Nhan T. Lee, Esq.<br>Seipp Flick & Hosley, LLP<br>*Counsel for Defendants Yamaha Motor Co., Ltd. and Yamaha Motor Corporation, U.S.A.* | fhosley@seippflick.com<br>nlee@seippflick.com<br>gcasey@seippflick.com<br>tproffitt@seippflick.com |
|---|---|
| C. Scott Toomey, Esq.<br>Brian Keith Gibson, Esq.<br>Littleton Joyce Ughetta Park & Kelly, LLP<br>*Counsel for Ed Tucker Distributor, Inc.* | scott.toomey@littletonjoyce.com<br>keith.gibson@littletonjoyce.com<br>stephanie.venuti@littletonjoyce.com |
| Ernest H. Eubanks, Jr., Esq.<br>Steven I. Klien, Esq.<br>Rumberger Kirk & Caldwell<br>*Co-Counsel for Ed Tucker Distributor, Inc.* | seubanks@rumberger.com<br>sklein@rumberger.com<br>seubankssecy@rumberger.com<br>skleinsecy@rumberger.com<br>docketingorlando@rumberger.com |
| John R. Overchuck, Esq.<br>Milette E. Webber, Esq.<br>*Attorneys for Plaintiffs* | john@productslaw.net<br>milette@productslaw.net<br>joy@productslaw.net<br>reception@productslaw.net |

Dated this 9th day of DEC. 2015.

| /s/ Larry E. Coben, Esq.<br>Larry E. Coben [Admitted *Pro Hac Vice*]<br>Jo Ann Niemi [Admitted *Pro Hac Vice*]<br>ANAPOL WEISS<br>8700 E. Vista Bonita Drive, Suite 268<br>Scottsdale, Arizona 85255<br>Phone: 480-515-4745 | /s/ Sean F. Bogle, Esq.<br>Sean F. Bogle, Esq.<br>Florida Bar Number: 0106313<br>BOGLE LAW FIRM<br>101 South New York Avenue, Suite 205<br>Winter Park, Florida 32789<br>Phone: 407-834-3311 |
|---|---|

| Facsimile: 480-515-4744<br>lcoben@anapolweiss.com<br>jniemi@anapolweiss.com<br>me@anapolweiss.com<br>*Attorney for Plaintiffs* | Facsimile: 407-834-3302<br>sean@boglelawfirm.com<br>jodi@boglelawfirm.com<br>*Attorney for Plaintiffs* |
|---|---|