**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TROY WALKER; and JOAN WALKER,

   Plaintiffs,

v.                    Case No. 6:13-cv-1546-Orl-37GJK

YAMAHA MOTOR CO., LTD.; and
YAMAHA MOTOR CORPORATION,
U.S.A.,

   Defendants.

**ORDER**

The Court held a jury trial in this products liability action, which commenced on March 14, 2016, and concluded on March 24, 2016. (*See* Docs. 237, 253; *see also* Docs. 238, 242, 243, 248, 249.) In accordance with the jury's verdict ("**Verdict**") (*see* Doc. 256), the Court entered judgment in favor of Defendants and against Plaintiffs ("**Judgment**") (Doc. 262). The Court now enters this post-trial Order to address all still-pending motions that either the Court ruled on during trial or have been rendered moot.

First, Plaintiffs' Motion and Memorandum to Preclude Evidence and Argument Regarding Absence of Claims Related to Conspicuity of the Subject Model Motorcycle (Doc. 221) is **DENIED** in accordance with the Court's ruling from the bench during trial (*see* Doc. 239, pp. 2–3.)

Second, Defendants, Yamaha Motor Co., Ltd. and Yamaha Motor Corporation, U.S.A.'s, Motion to Preclude Plaintiffs' Use of the Accident Reconstruction Demonstrative Aid (Doc. 235) is **GRANTED IN PART** in accordance with the Court's ruling from the

bench during trial (*see* Doc. 244, p. 27).

Third, Plaintiffs' Motion and Supporting Memorandum to Preclude the Yamaha Defendants from Arguing Fault of Non-Party Laura Rodriguez and Request for Curative Instruction (Doc. 250) is **DENIED AS MOOT** in accordance with discussions between the parties' counsel and the Court during the charge conference and in light of the Court's decision to instruct the jury on concurring cause.

Fourth, Defendants', Yamaha Motor Corporation, U.S.A. and Yamaha Motor Co., Ltd.'s [sic], Motion for Judgment as a Matter of Law (Doc. 251) is **DENIED AS MOOT** in light of the Verdict and Judgment.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 25, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record