**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TROY WALKER; and JOAN WALKER,

        Plaintiffs,

v.                                              Case No. 6:13-cv-1546-Orl-37GJK

YAMAHA MOTOR CO., LTD.; and
YAMAHA MOTOR CORPORATION,
U.S.A.,

        Defendants.

**ORDER**

This cause is before the Court on Defendants', Yamaha Motor Co., Ltd. and Yamaha Motor Corporation, U.S.A., Unopposed Motion to Seal Confidential Trial Exhibits (Doc. 265), filed April 8, 2016.

A jury trial was held in this products liability case from March 14, 2016, through March 24, 2016. Defendants now move to seal specified trial exhibits ("**Specified Exhibits**"). (Doc. 265 ("**Motion**").) The Motion is unopposed. (*See id.*)

Upon consideration of the Motion, Specified Exhibits, and supplemental affidavit of Defendants' representative, Caleb Chesser (Doc. 267), the Court: (1) confirms the confidential and proprietary nature of the Specified Exhibits; and (2) finds that the public's interest in access is outweighed by Defendants' interests in maintaining the confidentiality of the Specified Exhibits. Thus, the Motion is due to be granted. However, the Court declines to indefinitely seal the Specified Exhibits as requested by Defendants. Rather, the Specified Exhibits may be maintained under seal during the course of this litigation through any appeal.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants', Yamaha Motor Co., Ltd. and Yamaha Motor Corporation, U.S.A., Unopposed Motion to Seal Confidential Trial Exhibits (Doc. 265) is **GRANTED IN PART**. The Clerk is **DIRECTED** to place the following trial exhibits under seal: Joint Exhibits Nos. 2–6, 9–13, 17, 19–20, 72–92. Such items will remain under seal for the duration of this lawsuit and any direct appeal.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 14, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record